No. 17–0388/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to June 6, 2017.

No. 17–0412/AF. U.S. v. Tyrone R. Brooks, Jr. CCA S32394. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 12, 2017.

No. 17–0413/AR. U.S. v. Eduardo Marquez. CCA 20150604. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 8, 2017.

No. 17–0418/AF. U.S. v. Todd A. Miller. CCA 38922. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 8, 2017.

Tuesday, May 23, 2017

No. 17–0350/AR. U.S. v. Leroy A. Greene. CCA 20150228. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

